**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

**FILED**
March 12, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: \_\_\_\_\_NM\_\_\_\_\_
DEPUTY

| | | |
|---|---|---|
| **OLIVIA BAYS,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | |
| | § | |
| **NEW BRAUNFELS POLICE DEPARTMENT; CITY OF NEW BRAUNFELS, TEXAS; DETECTIVE CHRISTOPHER DIAZ; CHIEF OF POLICE KEITH LANE, NEW BRAUNFELS, TEXAS; ASSISTANT CHIEF JOE VARGAS, NEW BRAUNFELS, TEXAS; OFFICER JOEL HAWK; OFFICER TIMOTHY SHAFFER; OFFICER 2 J. DOE; and OFFICER JOHN DOE,** | § | **CIVIL NO. SA-23-CV-01566-OLG** |
| | § | |
| **Defendants.** | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has considered United States Magistrate Judge Elizabeth S. Chestney's Report and Recommendation (R&R), filed February 3, 2025, concerning the Amended Motion to Dismiss filed by Defendants (Dkt. No. 29). (*See* R&R, Dkt. No. 31.)

A party who wishes to object to a Magistrate Judge's findings and recommendations must serve and file specific written objections within fourteen days. FED. R. CIV. P. 72(b)(2). Plaintiff was electronically served with a copy of the R&R on February 4, 2025, and timely filed a Motion to Reconsider, which the Court construes as Plaintiff's objections to the R&R, on February 18, 2025 (*see* Dkt. No. 33).

When a party objects to an R&R, the Court must make a de novo determination as to "any part of the magistrate judge's disposition that has been properly objected to." FED. R. CIV. P. 72(b)(3); *see United States. v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989), *cert. denied*, 492 U.S. 918 (1989). Objections must be specific; frivolous, conclusory, or general objections need

not be considered by the district court. *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982), *overruled on other grounds by Douglass v. U.S. Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)). Any portions of the Magistrate Judge's findings or recommendations that were not objected to are reviewed for clear error. *Wilson*, 864 F.2d at 1221.

Although the Court cannot discern any specific objection to the R&R in Plaintiff's filing, it has reviewed the entirety of the R&R de novo and finds that the recommendation is in all things correct and should be accepted. Accordingly, Plaintiff's Motion to Reconsider (Dkt. No. 33) is **DENIED**.

The Court therefore **ADOPTS** the Magistrate Judge's R&R (Dkt. No. 31) and, for the reasons set forth therein, Defendants' Amended Motion to Dismiss (Dkt. No. 29) is **GRANTED** and Plaintiff's claims against Defendants are **DISMISSED**.[1]

This case is **CLOSED**.

It is so **ORDERED**.

SIGNED this 12 day of March, 2025.

ORLANDO L. GARCIA
United States District Judge

---

[1] Based on the record, the two John Doe officers have been neither identified nor served. Accordingly, the Court dismisses Plaintiff's claims against these defendants **WITHOUT PREJUDICE**. *See* FED. R. CIV. P. 4(m).